Dissent by Judge WALLACE
ORDER
A majority of the panel has voted to GRANT rehearing, in part. The Supreme Court recently considered whether the existence of a mandatory minimum sentence under § 924(c) impacts the analysis under § 3553(a). It said “[njothing in § 924(c) restricts the authority conferred on sentencing courts by § 3553(a) and the related provisions to consider a sentence imposed under § 924(c) when calculating a just sentence for the predicate count.” Bean v. United States, — U.S. -, 137 S.Ct. 1170, 1176-77, 197 L.Ed.2d 490 (2017). In light of this intervening authority, the sentence imposed by the district court is VACATED and the matter REMANDED for reconsideration in light of Dean. The petition for rehearing is otherwise DENIED.
The full court has been advised of the petition for rehearing en banc and no *625 judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.
The petition for rehearing en banc is DENIED. Further petitions for rehearing and rehearing en banc shall not be entertained.